**Order entered August 9, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00149-CV

## IN RE PAUL BROWN AND JULIE BROWN, Relators

**Original Proceeding from the 468th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 468-54315-2020**

## ORDER
Before Justices Molberg, Reichek, and Smith

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of mandamus. We also **LIFT** the stay of trial court proceedings issued by this Court's April 29, 2021 order.

/s/     AMANDA L. REICHEK
        JUSTICE